AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BERTHA R. MITRANI, SPECIAL AGENT THOMAS J. REDPATH 489-1732

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

LAWRENCE T. LONDON

**WARRANT FOR ARREST**

CASE NUMBER:

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **LAWRENCE T. LONDON** _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly and intentionally conspiring to import and to possess with intent to distribute marijuana into the United States from a place outside, knowingly and intentionally importing marijuana into the United States from a place outside and knowingly and intentionally possessing with the intent to distribute marijuana.

in violation of Title 21 United States Code, Section(s) 841(a)(1),846, 952(a), 963

Lurana S. Snow
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

*Jenny Butler*
Signature of Issuing Officer

May 1, 2000 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $Pre-Trial detention  **requested**

by *Lurana S. Snow*, United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: LAWRENCE TIMOTHY LONDON

ALIAS: LARRY LONDON/HOOPIE LONDON

LAST KNOWN RESIDENCE: 3605 U.S. HIGHWAY 1 NORTH, MIDVILLE, GA 30441

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: WEST VIRGINIA

DATE OF BIRTH: 9/28/57

SOCIAL SECURITY NUMBER: 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

HEIGHT: 6"                    WEIGHT: 185

SEX: MALE                     RACE: WHITE

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: 365270H

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: