**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

CASE NO. 00-4092-SHAW (SO/FL)
~~CC-34m 60/60~~

00 MAY -8 PM 1:04

CLERK – MADDOX
U.S. DIST. CT.
S.D. OF FLA.-FTL

**MINUTES**   **JUDGE CODE: 3JRC**

USA
Plaintiff

vs.

Lawrence Lankin
Defendant

Darrin McCullough
Counsel for Plaintiff

Bobby Reeves (ret)
Counsel for Defendant

**ALSO PRESENT:**   **SHERRI BOUCHILLON** Courtroom Deputy Clerk

_____ **TAPE** _____ Court Reporter

3:30 pm    Pete / Joel _____ U.S. Marshal

Holmes _____ U.S. Probation

May 2, 2000
**DATE**

**SAVANNAH, GEORGIA**
**PLACE**

CASE CALLED THIS DATE FOR _IA/prem. Hrg_

Allegations of petition set out by the Court.

Rights advised.

∆ waives his right to an identity hrg & admits that he is the person sought.

∆ waives his right to a preliminary exam in this district but does request a preliminary exam to be held in FL.

Gov't. moves for detention.

Detention hearing is set for 9:00 on ~~the~~ Friday, May 5, 2000.

SB

CASE NO. _CO-34 m_    **MINUTES**   JUDGE CODE: JJBC

USA _____        _Darrin McCullough_
        Plaintiff                    Counsel for Plaintiff
vs.

_Lawrence London_          _Bobby Reeves (ret)_
        Defendant                   Counsel for Defendant

ALSO PRESENT:   **SHERRI BOUCHILLON** Courtroom Deputy Clerk

_____TAPE_____ Court Reporter

9:00 AM    _Jennifer / Jamie_ U.S. Marshal
           _Holmes_           U.S. Probation

_May 5, 2000_                          **SAVANNAH, GEORGIA**
DATE                                           PLACE

CASE CALLED THIS DATE FOR _Dtn Hrg_

Gov't withdraws its motion for detention as they have agreed upon a bond amount c̄ the ∆.

Gov't request a $100,000.00 bond c̄ a 10% deposit in cash + a portion of the balance in property.

Court sets bond at $100,000.00 c̄ 10% deposit in cash + the properties in Emanuel County. Standard + other conditions

# United States District Court

_Southern_ **DISTRICT OF** _Georgia_

| UNITED STATES OF AMERICA | **WAIVER OF RULE 40 HEARINGS** |
|---|---|
| V. | **(Excluding Probation Cases)** |

Lawrence London

CASE NUMBER: 00-34m (SD/GA)
00-4092-Snow (SD/FL)

I, _Lawrence London_ _____, understand that in the _Southern_ District of _Florida_ _____, charges are pending alleging violation of _____ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(  ) identity hearing

(  ) preliminary examination

(  ) identity hearing and have been informed I have no right to a preliminary examination

(✓) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_/s/ Lawrence T. London_
Defendant

_/s/_
Defense Counsel

5·2·00
Date

# UNITED STATES DISTRICT COURT

FILED U.S. DIST. COURT
Southern SAVANNAH DIV District of Georgia

| UNITED STATES OF AMERICA | | **COMMITMENT TO ANOTHER** |
|---|---|---|
| v. | MAY 5 10 09 AM '00 | **DISTRICT** |

Lawrence London   CLERK

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 00-4092-Snow | 00-3417 |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Other (specify)

charging a violation of  21  U.S.C. §  841(a)(1), 846, 952(a)(1), 963

**DISTRICT OF OFFENSE**  Southern Florida

**DESCRIPTION OF CHARGES:**

Conspiracy to import and to possess with intent to distribute marijuana

**CURRENT BOND STATUS:**

☒ Bail Fixed at $100,000.00  and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☒ Retained Own Counsel  ☐ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?**  ☒ No  ☐ Yes  Language:

**TO: THE UNITED STATES MARSHAL**  Southern  **DISTRICT OF**  Georgia

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

5/5/00
Date

_____
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |

AO 199A (Rev. 1/90) Order Setting Conditions of Release

```
                                                              FILED
                                                          U.S. DIST. COURT
                                                           SAVANNAH DIV
```

# United States District Court

MAY 5  10 09 AM '00

_____Southern_____ DISTRICT OF _____Georgia_____   CLERK _____
                                                           SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.

_____Lawrence London_____
Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 00-34M (SD/GA)
00-4092-Snow (SD/FL)

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified)_____
                                                                                                  Place
_____ on _____
                                              Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(   ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of

_____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

WHITE COPY - COURT    YELLOW - DEFENDANT    BLUE - U.S. ATTORNEY    PINK - U.S. MARSHAL    GREEN - PRETRIAL SERVICES

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
(Name of person or organization) _____
(Address) _____
(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian or Proxy           Date

(✓) (7) The defendant shall:
- (✓)(a) report to the **U.S. Pretrial Services Officer as directed.**
  telephone number _____, not later than _____.
- (✓)(b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: **$100,000.00**
- (✓)(c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described **10,000.00 cash + a secured interest in the properties owned in Emanuel County.**
- ( )(d) execute a bail bond with solvent sureties in the amount of $_____.
- (✓)(e) maintain or actively seek employment.
- ( )(f) maintain or commence an education program.
- (✓)(g) surrender any passport to: **U.S. Pretrial Services Officer.**
- (✓)(h) obtain no passport.
- (✓)(i) abide by the following restrictions on personal association, place of abode, or travel: **Travel is restricted to the Southern District of Georgia + the Southern Dist. of Florida unless preapproved by USPO.**
- (✓)(j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: **except in the presence of counsel.**
- ( )(k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
- ( )(l) return to custody each (week)day as of _____ o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____
- ( )(m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
- (✓)(n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
- (✓)(o) refrain from ( ) any (✓) excessive use of alcohol.
- (✓)(p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- (✓)(q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
- ( )(r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
- (✓)(s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibit substance testing or electronic monitoring which is (are) required as a condition(s) of release.
- ( )(t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
  - ( )(i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
  - ( )(ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
  - ( )(iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
- (✓)(u) report as soon as possible to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
- (✓)(v) **Flights are limited to employment purposes only. Flight schedules must be provided to the U.S.P.O. Any last minute changes must be provided to USPO.**
- ( )(w) **If they are not, it will result in a revocation.**
- ( )(x) **Def. must provide to USPO the names + ages along with a contact phone number for the students that he is providing skiing lessons to. Def. is to take on no new students without prior approval of the USPO.**

WHITE COPY — COURT    YELLOW — DEFENDANT    GREEN — PRETRIAL SERVICES    BLUE — U.S. ATTORNEY    PINK — U.S. MARSHALL

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Lawrence T London*
Signature of Defendant

3605 Hwy ONE North
Address

Midville GA 30441
City and State

912-252-9729
Telephone

## Directions to United States Marshal

( ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 5/5/00

Signature of Judicial Officer

Name and Title of Judicial Officer

WHITE COPY - COURT    YELLOW - DEFENDANT    BLUE - U.S. ATTORNEY    PINK - U.S. MARSHAL    GREEN - PRETRIAL SERVICES

FILED
U.S. DIST. COURT
SAVANNAH DIV

# United States District Court

_____ Southern _____ DISTRICT OF _____ Georgia _____  MAY 10  9 39 AM '00

CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.

_____ Lawrence London _____
Defendant

**APPEARANCE BOND**

CASE NUMBER: 00-34M-01 (SD/GA)
00-4092-SNOW (SD/FL)

Non-surety:  I, the undersigned defendant acknowledge that I and my . . .
Surety:  We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _100,000.00_____, and there has been deposited in the Registry of the Court the sum of
$ _10,000.00_____ in cash or + property in Emanuel Cty. (describe other security.)

The conditions of this bond are that the defendant __Lawrence London__ (name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __May 9, 2000__ at __Brunswick, GA__
                              Date                          Place

Defendant. _____  Address. _____
Surety. _Wanda L. London_____  Address. _3605 Hwy. 1 North, Midville, Ga 30441_
                                                            912-252-9729
Surety. _____  Address. _____

Signed and acknowledged before me on __May 9, 2000__
                                          Date

__Sherri Bouchillon__
Judicial Officer/Clerk

Approved: _____
             Judicial Officer

# United States District Court

__Southern__ DISTRICT OF __Georgia__

UNITED STATES OF AMERICA

v.

__Lawrence London__
Defendant

**APPEARANCE BOND**

CASE NUMBER: __00-34M-01__

Non-surety: I, the undersigned defendant acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __100,000__, and there has been deposited in the Registry of the Court the sum of
$ __10,000__ in cash or __property in Edward Cty__ (describe other security)

The conditions of this bond are that the defendant __Lawrence London__ (name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each surety jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __May 9, 2000__ at __Brunswick, GA__

Defendant: __Lawrence T. London__ Address: __3465 Haynes Morris Dr. Suite 6 GA 30741__

Surety: __(signature)__ Address: __3625 Hwy 1 North, Midville GA 30441__
__912-589-7257__

Surety: _____ Address: _____

Signed and acknowledged before me on __May 9, 2000__

__Lee H. LaVittoire__
Judicial Officer/Clerk

Approved: _____
Judicial Officer

```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF GEORGIA
                            SAVANNAH DIVISION
```

FILED
U.S. DIST. COURT
SAVANNAH DIV

MAY 10   9 40 AM '00

CLERK _____
SO. DIST OF GA.

UNITED STATES OF AMERICA     :

Vs.                          :     00-034M-01      (S/D of GA)
                                   00-4092-SNOW   (S/D of FL)
LAWRENCE T. LONDON           :

### O R D E R

The defendant, Lawrence T. London, was arrested in the Southern District of Georgia on a warrant from the Southern District of Florida. Mr. London appeared before this Court for an initial appearance and detention hearing. Bond was set in the amount of $100,000, requiring a $10,000 deposit in cash and the balance in property. Bond was posted in Savannah on behalf of the defendant by Wanda L. London on May 9, 2000.

It is therefore Ordered that the Clerk of Court forward the two bonds, plus any accrued interest, to the Southern District of Florida:

> Clerk, U.S. District Court
> United States Courthouse
> 299 E. Broward Blvd.
> Fort Lauderdale, FL  33301

So Ordered, this 10 day of May, 2000.

_____
Magistrate Judge G. R. Smith

cr-06119-WJZ   Document 5   Entered on FLSD Docket 05/08/2000   Page

U.S. DISTRICT COURT
Southern District of Georgia
Filed in Office
_____ M.
5.9  19 00
Deputy Clerk

## FURTHER CONDITIONS OF BOND

It is a further condition of this bond that the defendant, _Laurence London_, comply with all of the conditions imposed by the Court in its Order Setting Conditions of Release. Among other things, that Order requires the defendant to comply with all laws and to refrain from using or possessing any illicit drugs. By signing this bond you certify that you are familiar with all of the conditions of the defendant's release and that you guarantee not only his appearance in this case but his compliance with all other conditions set by the Court.

_____    _____
Defendant                           Date

_Wanda L. London_                   _5/9/00_
Surety                              Date

_____    _____
Surety                              Date

Signed and acknowledged before me on ___May 9, 2000___
                                              Date

_S. Perri Couchullon_
Judicial Officer/Clerk

**FURTHER CONDITIONS OF BOND**

It is a further condition of this bond that the defendant,

_Lawrence Louden_, comply with all of the conditions imposed by the Court in its Order Setting Conditions of Release. Among other things, that Order requires the defendant to comply with all laws and to refrain from using or possessing any illicit drugs. By signing this bond you certify that you are familiar with all of the conditions of the defendant's release and that you guarantee not only his appearance in this case but his compliance with all other conditions set by the Court.

_Lawrence T. Louden_     5/9/00
Defendant                 Date

_Hank L. Louden_          5/9/00
Surety                    Date

_____    _____
Surety                    Date

Signed and acknowledged before me on  __May 9, 2000__
                                         Date

_____
Judicial Officer/Clerk