# UNITED STATES DISTRICT COURT

Southern District of Georgia

UNITED STATES OF AMERICA
v.
Lawrence Lendoidi

**COMMITMENT TO ANOTHER DISTRICT**

00-6119-CR-ZLOCH

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CC-4607-DIV | CC-34111 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Other (specify)

charging a violation of  21  U.S.C. § 841(a)(1), 846, 952(a)(1), 963

**DISTRICT OF OFFENSE**  Southern Florida

**DESCRIPTION OF CHARGES:**

Conspiracy to import and to possess with intent to distribute marijuana

**CURRENT BOND STATUS:**

☒ Bail Fixed at $100,000  and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☒ Retained Own Counsel  ☐ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?**  ☒ No  ☐ Yes  Language:

Southern **DISTRICT OF** Georgia

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

5/5/00
Date

United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

27

# United States District Court

_Southern_ DISTRICT OF _Georgia_

UNITED STATES OF AMERICA

v.

_Lawrence London_
**Defendant**

**APPEARANCE BOND**

CASE NUMBER: 00-34M-01

Non-surety: I, the undersigned defendant acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _100,000.00_ , and there has been deposited in the Registry of the Court the sum of
$ _10,000.00_ in cash or _property in Emanuel Cty_ (describe other security.)

The conditions of this bond are that the defendant _Lawrence London_ (Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on _May 9, 2000_ at _Brunswick, GA_
Defendant _Lawrence T London_ Address _3605 Hwy One North, Midville GA 30441_
Surety _Wanda L London_ Address _3605 Hwy 1 North, Midville GA 30441_
912-252-9729
Surety _____ Address _____

Signed and acknowledged before me on _May 9, 2000_

_Lee G. LaVittoire_
**Judicial Officer/Clerk**

Approved: _____
**Judicial Officer**

AO 98 (Rev 8-85) Appearance Bond

# United States District Court

_____ DISTRICT OF _____

FILED
U.S. DISTRICT COURT
MAY 10 9 35 AM '00
CLERK

UNITED STATES OF AMERICA

V.

_____
Defendant

**APPEARANCE BOND**

CASE NUMBER: ___ -01

Non-surety: I, the undersigned defendant acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _____, and there has been deposited in the Registry of the Court the sum of
$ _____ in cash or + _____ (describe other security.)

The conditions of this bond are that the defendant _____ (name).

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States

This bond is signed on May 9, 2000 at Brunswick, GA

Defendant. _____ Address. _____
Surety. Wanda L London Address. 3605 Hwy 1 South, Nahunta, Ga 30-
912-252-9729
Surety _____ Address. _____

Signed and acknowledged before me on May 9, 2000

_____ Clerk

Approved: _____
Judicial Officer

### Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest. a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment. a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence. you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both:
   (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Lawrence T London*
Signature of Defendant

3605 HWY ONE NORTH
Address

MIDVILLE    GA    30441
City and State          Telephone

912-252-922;

### Directions to United States Marshal

( ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 5/5/00

Signature of Judicial Officer

Magistrate Judge G. R. Smith
Name and Title of Judicial Officer

WHITE COPY   COURT      YELLOW - DEFENDANT      BLUE   U S ATTORNEY      PINK   U S MARSHAL      GREEN   PRETRIAL SERVICES

# United States District Court

_____ Southern _____ DISTRICT OF _____ Georgia _____

UNITED STATES OF AMERICA

V.

Laurence Lenahan

## WAIVER OF RULE 40 HEARINGS
### (Excluding Probation Cases)

CASE NUMBER: CC -407

I, Laurence Lenahan, understand that in the Southern District of Florida charges are pending alleging violation of

and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P, in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary examination

( ) identity hearing and have been informed I have no right to a preliminary examination

(✓) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Defendant

5.2.00
Date

_____
Defense Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DIST. COURT

MAY 10  9 40 AM '00

CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Vs. | : | 00-034M-01     (S/D of GA) |
| | | 00-4092-SNOW  (S/D of FL) |
| LAWRENCE T. LONDON | : | 00-6119-CR-ZLOCH |

## O R D E R

The defendant, Lawrence T. London, was arrested in the Southern District of Georgia on a warrant from the Southern District of Florida. Mr. London appeared before this Court for an initial appearance and detention hearing. Bond was set in the amount of $100,000, requiring a $10,000 deposit in cash and the balance in property. Bond was posted in Savannah on behalf of the defendant by Wanda L. London on May 9, 2000.

It is therefore Ordered that the Clerk of Court forward the two bonds, plus any accrued interest, to the Southern District of Florida:

Clerk, U.S. District Court
United States Courthouse
299 E. Broward Blvd.
Fort Lauderdale, FL  33301

So Ordered, this 10th day of May, 2000.

Magistrate Judge G. R. Smith

Certified to May 10, 2000

Deputy Clerk

AO82
(Rev. 4/92)

ORIGINAL
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF GEORGIA
at _Augusta_

RECEIVED FROM _Lawrence J London_
_Thereda L London_
_3605 Hwy 1 North_
_Medulla, GA 30441_

| Fund | | Bank of America | ACCOUNT | AMOUNT |
|---|---|---|---|---|
| 6855XX | Deposit Funds | #327-045-635 | 604700 | 10,000 00 |
| 604700 | Registry Funds | | | |
| | General and Special Funds | | | |
| 508800 | Immigration Fees | | | |
| 085000 | Attorney Admission Fees | | | |
| 086900 | Filing Fees | | TOTAL | 10,000.00 |
| 322340 | Sale of Publications | | Case Number or Other Reference | |
| 322350 | Copy Fees | | 00-34 M-01 | |
| 322360 | Miscellaneous Fees | | | |
| 143500 | Interest | | | |
| 322380 | Recoveries of Court Costs | | | |
| 322386 | Restitution to U.S. Government | | USA vs Lawrence London | |
| 121000 | Conscience Fund | | | |
| 129900 | Gifts | | | |
| 504100 | Crime Victims Fund | | | |
| 613300 | Unclaimed Monies | | | |
| 510000 | Filings Spec. Acct. | | | |
| 510100 | Registry Admin. Acct. | | | |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.    13440

| DATE 5/9/00 | Cash | Check ✓ | M.O. | Credit | DEPUTY CLERK _D. Lee_ |

| | | | |
|---|---|---|---|
| **DURDEN BANKING COMPANY** | | | 13440 |
| INCORPORATED | | | |
| Swainsboro, Georgia 30401 | | | 64-1144 / 612 |
| REMITTER LONDON ENTERPRISES | | 5/5/00  19___ | |
| PAY TO THE ORDER OF    CLERK US DISTRICT COURT | | $ 10000.00 | |

DOLLARS

**CASHIER'S CHECK**  10000 *** *** ***

*Dorothy Brown*
*Martha Peacock*

197362    ⑉013440⑉  ⑈062121443⑈    000 766 0⑉

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

USA
vs.                                        ) Case No. _____-01
Lawrence London                            )

### AFFIDAVIT BY OWNER OF CASH SECURITY

I, R. Lawrence J. London and Wanda L. London
SSN 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 and 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 on oath state:
that I reside at 3605 Hwy. 1 North, Midville, Ga. 30441
and that the $ 10,000.00 cash deposited as security on the appearance bond posted for
Lawrence J. London in the above-captioned case, is owned by me and is to be returned
to me at the above address upon exoneration of this bond. I understand that I am to inform the Clerk's Office
in writing should I change my address.

I hereby consent and agree that in case Lawrence J. London
fails to appear when ordered, or otherwise violates the terms and conditions of the bond, the Court may upon
notice of not less than ten (10) days to said owner at the above address, proceed to forfeit the bond to the
United States. I understand that in that case the owner may lose all of the $ 10,000.00
deposited herein.

_Wanda L. London_
Signature of Owner of Cash Security

I.D. _____

Sworn to and subscribed before me this 9th day of May, 2000
_Shirley S. Lee_
Signature of Deputy Clerk

Receipt No.
197362