## COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Lawrence London (J## (5)) | CASE NO: | 00-6119-CR-Ferguson |
| AUSA: | Bertha Mitrani | ATTNY: | Fred Cohen (temp) |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | |

BOND HEARING HELD - yes/no  COUNSEL APPOINTED: _____

___ BOND SET @ $100,000 -10% bond with co-

CO-SIGNATURES: _____ FILED by ___ D.C. ct in Georgia

SPECIAL CONDITIONS: _____

MAY 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: ~~State~~ Florida & Georgia
12) ___ Halfway House
___ Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

atty needs more time

no objection to prior approval monitoring flights.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 5-25-00 | 9:30 | Snow |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN./REMOVAL: | 5-25-00 | 9:30 | Snow |
| STATUS CONFERENCE: | | | |

DATE: 5-18-00  TIME: 11:00am  TAPE # 00-043 BG # 5

2192-3351

43