# COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: LAWRENCE LONDON    (B)      CASE NO:    00-6119-CR-~~FERGUSON~~ WJZ

AUSA: BERTHA MITRANI            ATTY: HERBERT COHEN

AGENT:_____ VIOL:_____

PROCEEDING INQ RE CNSL/ARRAIGN.   RECOMMENDED BOND_____

BOND HEARING HELD - yes/no        COUNSEL APPOINTED_____

_____ BOND SET @

_____ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to:

FTA - to be re-set

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:

                         PTD/BOND HRG:

                         PRELIM/ARRAIGN:

                         REMOVAL HRG:

                         STATUS CONF:

Date: 5-25-00   Time 9:30    FTL/LSS TAPE #00- 026   Begin: 138   End: 161

54

*FILED by B.C. MAY 25 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*