**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**CASE NO.:00-6119-CR-ZLOCH**

v.

**LAWRENCE LONDON**

    **Defendant.**
_____/

## NOTICE OF APPEARANCE

COMES NOW, Herbert M. Cohen, Esquire, and files this, his Notice of Appearance as counsel in the above-styled cause as attorney for Defendant, **LAWRENCE LONDON.**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via U.S. Mail to Bertha R. Mitrani, Assistant U.S. Attorney, Office of the United States Attorney, 500 East Broward Blvd., Fort Lauderdale, Florida, 33394 this 26th day of May, 2000.

               Respectfully submitted,

               **HERBERT M. COHEN, ESQUIRE**
               Florida Bar No. 258806
               Attorney for Defendant
               200 Southeast 6th Street, # 205
               Fort Lauderdale, Florida 33301
               (954) 766-8820

**COPIES NOT PROVIDED**