UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | Case No. 00-6119-CR-ZLOCH |
| ) | |
| -vs- ) | CLERK'S COLLATERAL RECEIPT # 837 |
| ) | |
| LAWRENCE T. LONDON ) | |
| Defendant ) | |

Receipt is hereby acknowledged of the following collateral items :

1. Deed to Secure Debt between Lawrence T. and Wanda L. London and the United States of America dated May 8th, 2000 recorded in Emanuel County, Georgia Book 143 Page 609-610 on May 8, 2000.
2. Promissory Note between Lawrence T. and Wanda L. London and the United States of America for the sum of $90,000.00 dated May 8th, 2000.
3. Three Certificates of Title signed by Robert S. Reeves for Tract One, Tract Two and Tract Three.
4. Affidavit of Property Owners signed by Lawrence T. and Wanda L. London dated May 8th, 2000.
5. Carolyn L. Hammock certification of first lien on property of Lawrence T. and Wanda L. London dated May 8th, 2000.
6. Copy of G.T. Brashear and Beverly D. Brashear certification of first lien on property of Lawrence T. and Wanda L. London dated May 8th, 2000.
7. Copy of Brashear Development Corporation certification of first lien on property of Lawrence T. and Wanda L. London dated May 8th, 2000.
8. Commitment for Title Insurance of Commonwealth Land Title Insurance Company effective May 9th, 2000.
9. Property Owners Information sheet.
10. Policyholders copy of receipt, copy of check of $678.00, and Insurance Binder.
11. Prepared Satisfaction of Mortgage (not executed).

Signed and dated this 19th day of May, 2000.

Clarence Maddox,
Court Administrator/Clerk of Court

By: _____
Deputy Clerk

57