COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: LAWRENCE LONDON (B)     CASE NO: 00-6119-CR-ZLOCH

AUSA: BERTHA MITRANI     ATTY: HERBERT COHEN

AGENT:     VIOL:

PROCEEDING ARRAIGNMENT     RECOMMENDED BOND

BOND HEARING HELD - yes/no     COUNSEL APPOINTED

    BOND SET @

    SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order Requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

                      PTD/BOND HRG:

                      PRELIM/ARRAIGN:

                      REMOVAL HRG:

                      STATUS CONF: 6-15   11   BSS

Date: 6-1-00   Time 11:00   FTL/LSS TAPE #00-   Begin: 3452   End:

FILED by JUN - 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.