```
-cr-06119-WJZ    Document 66    Entered on FLSD Docket 06/06/2000    P
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA

vs

LAWRENCE LONDON

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 1, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: ON BOND FORM

Telephone: _____

DEFENSE COUNSEL: Name: HERBERT COHEN

Address: _____

Telephone: _____

BOND SET/CONTINUED: $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this 1ST day of JUNE, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: *Jenny Butler*
Deputy Clerk

Tape No. 00- 027

cc: Copy for Judge
    U. S. Attorney

