UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

LAWRENCE LONDON,

    Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on June 15, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that discovery will be sent out on June 15 or June 16, 2000. The Government further represented that there are no motions currently pending. It is ready to proceed in this case and anticipates that the matter will require two to three days to try. The Government's evidence will not involve any audio or video tapes.

2. Defense counsel informed the Court that he has not yet received the Government's discovery response and, accordingly, is not ready to proceed to trial. He anticipates, however, that this matter may ultimately be resolved by way of a change of

1

plea.

DATED at Fort Lauderdale, Florida this 15th day of June 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William J. Zloch,

United States District Judge

Bertha Mitrani, Esquire
Assistant United States Attorney

Herbert Cohen, Esquire
200 SE 6th Street, Suite 205
Fort Lauderdale, Florida 33301-3420
Attorney for Defendant