**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO.:00-6119-CR-ZLOCH

v.

LAWRENCE LONDON,

    Defendant.
_____/

## MOTION TO CONTINUE TRIAL DATE

COMES NOW the Defendant, **LAWRENCE LONDON,** by and through undersigned counsel and files this Motion to Continue Trial Date, and as grounds states:

1. On June 15, 2000, undersigned counsel appeared before Magistrate Judge Seltzer with Assistant U.S. Attorney Birtha Mitrani, wherein the trial date was discussed and the Magistrate Judge asked if the parties were ready.

2. Undersigned counsel indicated that pursuant to discussions with Assistant U.S. Attorney Birtha Mitrani, there is a likelihood that this case will not have to go to trial, although at this juncture this is not definite.

3. Undersigned counsel approached side-bar with AUSA Mitrani, and informed the Court that pursuant to a recent medical condition that has arisen, I have been ordered by my treating physician to avoid placing myself in a stressful position, such as a trial, until at least late August or September, 2000. These matters are somewhat personal, but I have attached hereto and making a part hereof for this Court's edification a copy of the letter from my treating physician.

4. I have been working very hard to follow my doctor's advise and get myself back into my previous good health in order to continue enjoying my practice and properly and effectively

Page -1-



representing my clients.

5. Before practicing law. and during law school I worked as a certified United States Ski Instructor and skied with the U.S. National Demonstration Team in Garmish, Germany. Since my knee replacement surgery. however, I have paid less attention to maintaining my good health. Having now realized that Father Time has taken his toll, I am effectively taking different steps to assure that I am able to perform my duties as expected.

6. This motion is made in good faith, and with the anticipation that I will be able to return to full duties by September, 2000.

7. I have discussed this matter with AUSA Birtha Mitrani, who indicates that she does not object to this matter being continued.

WHEREFORE, the Defendant respectfully requests this Court to grant his Motion to Continue Trial Date.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via U.S. Mail to Bertha R. Mitrani, Assistant U.S. Attorney, Office of the United States Attorney, 500 East Broward Blvd., Fort Lauderdale, Florida, 33394 this 16th day of June, 2000.

Respectfully submitted,

**HERBERT M. COHEN, ESQUIRE**
Florida Bar No. 258806
Attorney for Defendant
200 Southeast 6th Street, # 205
Fort Lauderdale, Florida 33301
(954) 766-8820

Page -2-

Jeffrey D. Kamlet, M.D.
300 Arthur Godfrey Road
Jefferson Plaza Building
Suit e200
Miami Beach, FL 33140
Tel. 305-605-9595
Fax. 305-604-9591

May 12, 2000

Mr. Herbert Cohen, Esq.
200 S.E. 6th Street
Suite 205
Fort Lauderdale, FL 33301

To Whom It May Concern:

Herbert Cohen is a patient of mine and is under my care for hypercholesterolemia, coronary artery disease, unstable angina, hypertension, dysphagia, lower esophageal bleeding, and status post left knee replacement. He was admitted to Mount Sinai Medical Center on March 5th, 2000 with the diagnosis of unstable angina and underwent stress testing which was positive for coronary artery ischemia and coronary angiography. He has been advised to refrain from stressful activity and work until his cardiac condition stabilizes for a six month period and will be re-evaluated with stress test in August.

If I can be of any further service to you, please do not hesitate to contact me.

I remain very truly yours,

Jeffrey D. Kamlet, M.D.

JDK: gmt