SEALED

DEFT: LAWRENCE LONDON (B) *not present*  CASE NO: 00-6119-CR-Zloch

AUSA: Bertha Mitrani   ATTNY: Herbert Cohen

AGENT:   VIOL:

PROCEEDING: Sealed Hearing   BOND REC:

BOND HEARING HELD - yes/no   COUNSEL APPOINTED:

BOND SET @ *Oral motion to Travel for one day*
CO-SIGNATURES: *to Jamaica + Bahamas - Granted!*

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) _____ Halfway House
    _____ Electronic Monitoring

FILED by ___ D.C.
JUL 2 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PID/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:   *Sealed*
DATE: July 26, 2000   TIME: 11:00 A.M.   TAPE # 00-060  PG #

116

```
                              Case Selection
Dkt type: cr   Case Number: 00-6119    Division: 0   FtLauderdale
 Title :  USA                   .V.  London




Filed      Entry Date  Last Update      History ID    Docketed by
7/26/00     7/27/00    **/**/**          4105597         lh
     +-----------------------------------------------------------+
     SEALED DOCUMENT as to Lawrence T. London



     +viewing docket text----------------------------------------+
Transaction: kseal doc -/ -/ ~ - -

 Command mode (? for commands)
```

Attached to D.E. # 116