UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA

v.

LAWRENCE LONDON

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                                  COURTROOM A
299 E. BROWARD BLVD.                    DATE & TIME:
FT. LAUDERDALE, FL 33301                September 11, 2000 at 2:30 PM

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: August 3, 2000

cc:
Bertha Mitrani, Esq., AUSA
Herbert Cohen, Esq.