UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6119-CR-ZLOCH (s)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
21 U.S.C. § 952(a)
21 U.S.C. § 963
18 U.S.C. § 2



UNITED STATES OF AMERICA,

v.

GREGORY PILLOCK,
LAWRENCE LONDON,
TERRILL MYERS,
ERIK JOHNSON,
ROD STIDHAM,
and
JOHN MINIX,

        Defendants.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

## COUNT I

From on or about April 1, 2000, through on or about April 23, 2000, at Broward County, in

the Southern District of Florida, and elsewhere, the defendants,

**GREGORY PILLOCK,
LAWRENCE LONDON,
TERRILL MYERS,
ERIK JOHNSON,
and
ROD STIDHAM,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with



other persons known and unknown to the Grand Jury to import into the United States, from a place outside thereof, in excess of one hundred (100) kilograms of a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

## COUNT II

On or about April 23, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**GREGORY PILLOCK,
LAWRENCE LONDON,
TERRILL MYERS,
ERIK JOHNSON,
and
ROD STIDHAM,**

did knowingly and intentionally import into the United States, from a place outside thereof, in excess of one hundred (100) kilograms of a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana; in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

## COUNT III

From on or about April 1, 2000, through on or about April 23, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**GREGORY PILLOCK,
LAWRENCE LONDON,
TERRILL MYERS,
ERIK JOHNSON,
ROD STIDHAM,
and
JOHN MINIX,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with

other persons known and unknown to the Grand Jury to possess with the intent to distribute in excess of one hundred (100) kilograms of a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

## COUNT IV

From on or about April 23, 2000, through on or about May 2, 2000, at Broward County, in the Southern District of Florida, and elsewhere the defendants,

**GREGORY PILLOCK,
LAWRENCE LONDON,
TERRILL MYERS,
ERIK JOHNSON,
ROD STIDHAM,
and
JOHN MINIX,**

did knowingly and intentionally possess with the intent to distribute in excess of one hundred (100) kilograms of a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

Leonard Roth

FOREPERSON

Steven B. Catin

GUY A. LEWIS
UNITED STATES ATTORNEY

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: **GREGORY PILLOCK**     No. **00-6119-CR-ZLOCH(s)**

Count # 1 :

Conspiracy to import marijuana into the United States; in violation of 21 U.S.C. § 952(a)

and 21 U.S.C. § 963

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 2 :

Importation of marijuana into the United States; in violation of 21 U.S.C. § 952(a) and

18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 3 :

Conspiracy to possess with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 4 :

Possession with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: **LAWRENCE LONDON**     No. **00-6119-CR-ZLOCH(s)**

Count # 1 :

Conspiracy to import marijuana into the United States; in violation of 21 U.S.C. § 952(a) and 21 U.S.C. § 963

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 2 :

Importation of marijuana into the United States; in violation of 21 U.S.C. § 952(a) and 18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 3 :

Conspiracy to possess with the intent to distribute marijuana; in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 4 :

Possession with the intent to distribute marijuana; in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: **TERRILL MYERS**　　　　No. **00-6119-CR-ZLOCH(s)**

Count # 1 :

Conspiracy to import marijuana into the United States; in violation of 21 U.S.C. § 952(a) and 21 U.S.C. § 963

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 2 :

Importation of marijuana into the United States; in violation of 21 U.S.C. § 952(a) and 18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 3 :

Conspiracy to possess with the intent to distribute marijuana; in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 4 :

Possession with the intent to distribute marijuana; in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: **ERIK JOHNSON**          No. **00-6119-CR-ZLOCH(s)**

Count # 1 :

Conspiracy to import marijuana into the United States; in violation of 21 U.S.C. § 952(a)

and 21 U.S.C. § 963

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 2 :

Importation of marijuana into the United States; in violation of 21 U.S.C. § 952(a) and

18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 3 :

Conspiracy to possess with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 4 :

Possession with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count #:


*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: **ROD STIDHAM**          No. **00-6119-CR-ZLOCH(s)**

Count # 1 :

Conspiracy to import marijuana into the United States; in violation of 21 U.S.C. § 952(a) and 21 U.S.C. § 963

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 2 :

Importation of marijuana into the United States; in violation of 21 U.S.C. § 952(a) and 18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 3 :

Conspiracy to possess with the intent to distribute marijuana; in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 4 :

Possession with the intent to distribute marijuana; in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count #:

*Max. Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: **JOHN MINIX**    No. **00-6119-CR-ZLOCH(s)**

Count # 3 :

Conspiracy to possess with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count # 4 :

Possession with the intent to distribute marijuana;

in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

*Max. Penalty: 5 years' minimum mandatory imprisonment and 40 years' maximum imprisonment; $ 2,000,000 Fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 00-6119-CR-ZLOCH(s)

v.

GREGORY PILLOCK, ET AL.

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**
New Defendant(s)     Yes ____     No _X_
Number of New Defendants     _0_
Total number of counts     _4_

**Court Division:** (Select One)

____ Miami     ____ Key West
_X_ FTL     ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) _NO_
   List language and/or dialect     _English_

4. This case will take _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   I     0 to 5 days          _X_          Petty          ____
   II    6 to 10 days         ____         Minor          ____
   III   11 to 20 days        ____         Misdem.        ____
   IV    21 to 60 days        ____         Felony         _X_
   V     61 days and over     ____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _Yes_
   If yes:
   Magistrate Case No. _00-4092-SNOW_
   Related Miscellaneous numbers: _00-32M(SDGA)_
   Defendant(s) in federal custody as of _Johnson as of 5/16/00 and Myers as of 6/4/00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 88171

*Penalty Sheet(s) attached