UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6119-CR-ZLOCH(s)

UNITED STATES OF AMERICA

vs

LAWRENCE LONDON

ARRAIGNMENT INFORMATION SHEET



The above named Defendant appeared before Magistrate Judge Lurana S. Snow on SEPTEMBER 11, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: ON BOND FORM _____
                     _____

                     Telephone: _____

DEFENSE COUNSEL:     Name: ____ HERBERT COHEN, ESQ. _____

                     Address: _____

                     _____

                     Telephone: _____

BOND SET/CONTINUED:  $_____ CON'T _____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __11TH__ day of __SEPTEMBER_____, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
       Deputy Clerk

Tape No. _____ 00-048 _____

cc: Copy for Judge
    U. S. Attorney