**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | | | |
|---|---|---|---|
| DEFT: | LAWRENCE LONDON (B) | CASE NO: | 00-6119-CR-ZLOCH (s) |
| AUSA: | BERTHA MITRANI /Brown | ATTY: | HERBERT COHEN, ESQ. /pres |
| AGENT: | | VIOL: | |
| PROCEEDING: | ARRAIGNMENT ON SUPERSEDING | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED SEP 11 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. Ft. LAUD.

❏ Do not violate any law.

❏ Appear in court as directed.

❏ Surrender and / or do not obtain passports / travel documents.

❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

*deft and Cnsl not present*

❏ Maintain or seek full - time employment.

❏ No contact with victims / witnesses.

*to be reset*

❏ No firearms.

❏ Curfew: _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

*atty's route court enters NG plea*

❏ Travel extended to: _____

❏ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | N/A | | | |
| STATUS CONFERENCE: | | | | |

DATE: 9/11/00    TIME: 11:00    FTL/LSS TAPE # 00 - 047    Begin: ~~1600~~ /1608    End: 1642

X-048 @ ~~1~~ recall ~~set~~ 2pm    164