**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6119-CR-ZLOCH**



FILED by ___ D.C.
SEP 2 6 2000

UNITED STATES OF AMERICA

     v.

LAWRENCE LONDON

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                                   COURTROOM A
299 E. BROWARD BLVD.                     DATE & TIME:
FT. LAUDERDALE, FL 33301                 October 13, 2000 at 10:00 AM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

                                      CLARENCE MADDOX
                                      CLERK OF COURT

                                      BY DEPUTY CLERK

DATE: September 26, 2000

cc:
Bertha Mitrani, Esq., AUSA
Herbert Cohen, Esq.