

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA

V.                                          ORDER TO SEAL

LAWRENCE LONDON
_____

   THIS MATTER is before the Court upon ore tenus motion of defendant to seal Plea Agreement, Notice of Sentencing Date, Minutes and Court reporters notes of hearing held on October 13, 2000. The Court having reviewed the court file and being otherwise fully advised in the premises, it is

   ORDERED AND ADJUDGED that the Clerk of Court shall seal the aforementioned until time of sentencing, at which time they shall be unsealed without further order of the Court.

   DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this 16th day of October, 2000.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

cc:
Bertha Mitrani, Esq.
Herbert Cohen, Esq.

```
                         Case Selection
Dkt type: cr   Case Number: 00-6119    Division: 0   FtLauderdale
 Title :  USA                .V. London




Filed      Entry Date  Last Update        History ID     Docketed by
10/16/00   10/17/00    **/**/**           4239748        lh
+-----------------------------------------------------------------+
     SEALED DOCUMENT as to Lawrence T. London



     +viewing docket text----------------------------------------+
Transaction: kseal doc -/ -/ - - -

 Command mode (? for commands)
```

Attached to D.E. # 174