cr-06119-WJZ  Document 177  Entered on FLSD Docket 02/20/2001

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**HONORABLE WILLIAM J. ZLOCH**
**CRIMINAL MINUTES**

FILED by _____ D.C.
OCT 1 3 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER **00-6119-CR-Zloch** DATE **10-13-00**
CLERK Catherine Newby  REPORTER Carl Schanzleh
PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. **Lawrence Lorden**

U. S. ATTORNEY **Bertha Mitrani** DEFT COUNSEL **Herbert Cohen**

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING **Change of Plea to Ct 1 of Superseding Indictment**

RESULT OF HEARING **Deft entered plea of guilty to Ct 1**

JUDGMENT **Court accepted plea & adjudged deft guilty to Count 1 of Superseding Indictment**

CASE CONTINUED TO **1-19-01** TIME **10:00** FOR **Sentencing**

MISC **Written Plea Agreement**


177

```
                              Case Selection
     Dkt type: cr   Case Number: 00-6119     Division: 0   FtLauderdale
     Title :  USA                      .V.  London




     Filed      Entry Date  Last Update    History ID     Docketed by
     10/13/00   10/17/00    **/**/**       4239768        lh
     +--------------------------------------------------------------+
          SEALED DOCUMENT as to Lawrence T. London



          +viewing docket text----------------------------------------+
     Transaction: kseal doc -/ -/ - - -

      Command mode (? for commands)
```

Attached to D.E. # 177