

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA

   v.         NOTICE

LAWRENCE LONDON

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE          COURTROOM A
299 E. BROWARD BLVD.    DATE & TIME:
FT. LAUDERDALE, Fl, 33301 January 26, 2001, at 2:30 PM

SENTENCING - RESET BY COURT

              CLARENCE MADDOX
              CLERK OF COURT

              BY DEPUTY CLERK

DATE: December 18, 2000

cc:
Bertha Mitrani, Esq., AUSA
Herbert Cohen, Esq.
Probation

