UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

CASE NO.:00-6119-CR-ZLOCH

v.

LAWRENCE LONDON,

   Defendant.
_____/

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS OR EXCEPTIONS TO PRESENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, **LAWRENCE LONDON,** by and through undersigned counsel and requests an extension of one week in order to review and file any possible objections or exceptions to the Presentence Investigation Report, as and for grounds states the following:

1. Undersigned counsel was away with his family on vacation in Vermont and returned to his office on Tuesday, December 26, 2000.

2. The Presentence Investigation Report was received and stamped-in at counsel's office on December 19, 2000, after he had already left on vacation.

3. The objections to the Presentence Investigation Report are due December 29, 2000.

4. Undersigned has placed a call to Assistant United States Attorney, Bertha Mitrani, but, as of the filing of this Motion, has not received a response to his telephone call.

WHEREFORE, the undersigned moves this Honorable Court for an extension of one week in order to properly review and respond to the Presentence Investigation Report.



I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via U.S. Mail to Bertha R. Mitrani, Assistant U.S. Attorney, Office of the United States Attorney, 500 East Broward Blvd., Fort Lauderdale, Florida, 33394 and to Probation Officer Edward Cooley, Federal Courthouse Building, 299 East Broward Boulevard, Room 409, Ft. Lauderdale, FL 33301 this 26th day of December, 2000.

Respectfully submitted,

**HERBERT M. COHEN, ESQUIRE**
Florida Bar No. 258806
Attorney for Defendant
200 Southeast 6th Street, # 205
Fort Lauderdale, Florida 33301
(954) 766-8820