UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff

v.                                    Case No: 00-6119-CR-ZLOCH

LAWRENCE LONDON                                ORDER

    Defendant
_____

THIS MATTER is before the Court upon the Motion For Extension Of Time To File Objections Or Exceptions To Presentence Investigation Report (filed December 26, 2000). The Court having reviewed the court file, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion is hereby GRANTED to the extent that objections to the Presentence Investigation Report shall be filed on or before January 12, 2001. No further extensions will be granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___4th___ day of January, 2001.

                                          _____
                                          WILLIAM J. ZLOCH
                                          Chief United States District Judge

cc:
Bertha Mitrani, Esq., AUSA
Herbert M. Cohen, Esq.
Probation