UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

2001 JAN 24 PM 3: 13

CASE NO. 00-6119-CR-ZLOCH (s)

CLER., U.S. DIST. CT.
S.D. OF FLA-FTL

UNITED STATES OF AMERICA,      :
                               :
v.                             :
                               :
LAWRENCE LONDON,               :
                               :
        Defendant.             :
_____/

### UNITED STATES' MOTION FOR DOWNWARD DEPARTURE
### BASED ON DEFENDANT'S SUBSTANTIAL ASSISTANCE

Pursuant to Section 5K1.1 of the Sentencing Guidelines and 18 U.S.C. §3553(e) of the

Federal Rules of Criminal Procedure, the United States of America respectfully requests that this

Honorable Court downwardly depart from the applicable sentencing guidelines and reduce

defendant LAWRENCE LONDON's (hereinafter the defendant) sentence, based on the

substantial assistance he has provided to the Government in the prosecution of others who have

committed federal felony offenses.  The nature and extent of the defendant's cooperation will be

set forth at his sentencing hearing, scheduled for January 26, 2001.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

Bertha R. Mitrani
Assistant United States Attorney
Florida Bar No. 88171
500 East Broward Boulevard
Fort Lauderdale, Florida 33394
Tel: 954/ 356-7255
Facsimile: 954/356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by

facsimile and regular first class mail to counsel for the defendant on this___24th___ day of

January 2001:

Herb Cohen, Esquire
200 Southeast6th Street
Suite 200
Fort Lauderdale, Florida 33301

Bertha R. Mitrani
Assistant United States Attorney