FILED by _____ D.C.
JAN 26 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6119-Cr-Zloch    DATE 1-26-01
CLERK Carlyne Newby    REPORTER Carl Schenzleh
PROBATION Debra Pratt    INTERPRETER ____

UNITED STATES OF AMERICA v. Lawrence Lards

U. S. ATTORNEY Bertha Mitrani    DEFT COUNSEL Herbert Cohen

DEFENDANT (PRESENT)    NOT PRESENT    ON (BOND)    IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Gov't's Mtn for downward
departure granted - Ct 1 - 60 months
custody of BOP - 5 yrs supervised
release - $100 assessment - Spec
JUDGMENT Cnds - Participate in mental
health treatment program -
Maintain full time legitimate employ-
Full Financial disclosure - Submit

CASE CONTINUED TO ____    TIME ____    FOR ____
to search of person & property -
MISC Execution of Sentence deferred until
Noon March 23, 2001 - Ct Recommends
Jessup, Ga. Remaining Cts
dismissed by gov't -

223