DEFENDANT: **LONDON, LAWRENCE**
CASE NUMBER: **00-6119-CR-ZLOCH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 months as to Count One of Superseding Indictment.

[X] The Court makes the following recommendations to the Bureau of Prisons: Jessup, GA.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.

  [ ] at           a.m. / p.m. on

  [ ] as notified by the United States Marshal.

[X] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

  [X] before noon on March 23, 2001.

  [ ] as notified by the United States Marshal.

  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  V/S 3/23/01  to  D. L. Hobbs, Warden
at  Jesup, GA.  , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

248