UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA

V.  ORDER DISCHARGING BOND

LAWRENCE LONDON



THIS MATTER is before the court upon Motion To Release Appearance Bond (filed February 7, 2001) and the Court having carefully considered said motion, having reviewed the court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the bond posted on behalf of defendant in this case is hereby discharged. The Clerk of Court is hereby ordered to disburse the cash bond plus any accrued interest to Herbert M. Cohen, Esq. and release the Deed To Secure Debt.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this 30th day of March, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
Bertha Mitrani, Esq., AUSA
Herbert Cohen, Esq.
Financial