UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ᴛᴀ___ D.C.
INTAKE

· · ·  - **4** 2001
· · · ·

CLARENCE MADDOX
CLERK U.S DIST· CT.
S.D. OF FLA. MIAMI

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Case No. 00-6119-CR-Zloch |
| | ) | |
| v. | ) | |
| | ) | |
| Lawrence T. London | ) | |
| | ) | Notice of Returning Original Collateral |
| Defendant _____ | ) | |

In accordance with the Order dated March 30th, 2001, notice is hereby given that the original Promissory Note and Deed to Secure Debt along with a Satisfaction of Mortgage are being returned via U.S. mail to Herbert M. Cohen Esq. c/o Deborah L. Croft, 200 SE 6 Street Suite 200 Ft. Lauderdale, Fl 33301. Copies are provided herewith.

DONE this 4th day of May, 2001.

Clarence Maddox,
Court Administrator/Clerk of Court

By: _____
Tonya Armstrong, Deputy Clerk

KNOW ALL MEN BY THESE PRESENTS: That I, Clerk of the United States District Court for the Southern District of Florida acting on behalf of the United States of America, the owner and holder of a certain Promissory Note and Deed To Secure Debt executed by Lawrence T. London and Wanda L. London in support of the Appearance Bond of Defendant Lawrence T. London, in the United States District Court for the Southern District of Florida Case No. 00-6119-CR-Zloch, to United States of America acting through the United States District Court bearing date the 8th day of May, 2000, recorded in Official Records Book 143, page 609-610, in the office of the Clerk's Office, Superior Court of Emanuel County, State of Georgia, in the principal sum of Ninety Thousand Dollars and no cents ($90,000.00), upon the property situated in said State and County described as follows, to wit:

TRACT ONE: ALL THAT TRACT, PARCEL OR LOT OF LAND, WITH IMPROVEMENTS THEREON, LYING, SITUATE AND BEING IN THE 1208TH G.M. DISTRICT OF EMANUEL COUNTY, GEORGIA, SITUATE ON U.S. HIGHWAY ONE AND CONTAINING 3.116 ACRES, MORE OR LESS, AS SHOWN ON A PLAT PREPARED BY WALTER K. MAUPIN, SURVEYOR, DATED JANUARY 24, 1992, AND RECORDED IN THE EMANUEL COUNTY CLERK'S RECORDS IN PLAT BOOK 15, PAGE 287, ON FEBRUARY 13, 1992. REFERENCE IS HEREBY MADE TO SAID PLAT FOR A MORE COMPLETE AND ACCURATE DESCRIPTION AS TO THE METES, BOUNDS, COURSES, DISTANCES, DIMENSIONS AND LOCATION OF SAID PROPERTY.
TRACT TWO: ALL THAT TRACT, PARCEL OR LOT OF LAND, WITH IMPROVEMENTS THEREON, LYING, SITUATE AND BEING IN THE 1208TH G.M. DISTRICT OF EMANUEL COUNTY, GEORGIA, DESIGNATED AS PARCEL 2, CONTAINING 53.05 ACRES, MORE OR LESS, AS SHOWN ON A PLAT PREPARED BY WALTER K. MAUPIN, SURVEYOR, DATED DECEMBER 22,1980, AND RECORDED IN THE EMANUEL COUNTY CLERK'S RECORDS IN PLAT BOOK 10, PAGE 627. REFERENCE IS HEREBY MADE TO SAID PLAT FOR A MORE COMPLETE AND ACCURATE DESCRIPTION AS TO THE METES, BOUNDS, COURSES, DISTANCES, DIMENSIONS AND LOCATION OF SAID PROPERTY.
TRACT THREE: ALL THAT TRACT, PARCEL OR LOT OF LAND, WITH IMPROVEMENTS THEREON, LYING, SITUATE AND BEING IN THE 1208TH G.M. DISTRICT OF EMANUEL COUNTY, GEORGIA, DESIGNATED AS PARCEL 1, CONTAINING 28.19 ACRES, MORE OR LESS, AS SHOWN ON A PLAT PREPARED BY WALTER K. MAUPIN, SURVEYOR, DATED DECEMBER 22,1980, AND RECORDED IN THE EMANUEL COUNTY CLERK'S RECORDS IN PLAT BOOK 10, PAGE 627. REFERENCE IS HEREBY MADE TO SAID PLAT FOR A MORE COMPLETE AND ACCURATE DESCRIPTION AS TO THE METES, BOUNDS, COURSES, DISTANCES, DIMENSIONS AND LOCATION OF SAID PROPERTY.

hereby acknowledges satisfaction of said Note and Deed to Secure Debt and surrenders the same as cancelled, and hereby directs the Clerk of said Superior Court to cancel the same of record.

WITNESS my hand and seal this ____ day of May A.D., 2001
Signed, Sealed and Delivered in Presence of:

Irenia Leon

Tonya Armstrong

Clerk, U.S. District Court
Southern District of Florida
for United States of America

By: _____
Aggie M. Reed, Deputy Clerk
and Assistant Financial Administrator

STATE OF FLORIDA, COUNTY OF MIAMI DADE

I hereby certify that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Aggie M. Reed, Deputy Clerk for the U.S. District Court, Southern District of Florida, to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 4TH day of MAY A.D., 2001.

_____    Personally Known
Notary Public

This instrument prepared by
Clerk, U.S. District Court 301 N Miami Ave. Room 150 Miami, FL 33128-7788

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
      Plaintiff, )

)

Case No. 00-6119-CR-ZLOCH

-vs- )

CLERK'S COLLATERAL RECEIPT # 837

)

LAWRENCE T. LONDON )
         Defendant )

Receipt is hereby acknowledged of the following collateral items :

1. Deed to Secure Debt between Lawrence T. and Wanda L. London and the United States of America dated May 8th, 2000 recorded in Emanuel County, Georgia Book 143 Page 609-610 on May 8, 2000.

2. Promissory Note between Lawrence T. and Wanda L. London and the United States of America for the sum of $90,000.00 dated May 8th, 2000.

3. Three Certificates of Title signed by Robert S. Reeves for Tract One, Tract Two and Tract Three.

4. Affidavit of Property Owners signed by Lawrence T. and Wanda L. London dated May 8th, 2000.

5. Carolyn L. Hammock certification of first lien on property of Lawrence T. and Wanda L. London dated May 8th, 2000.

6. Copy of G.T. Brashear and Beverly D. Brashear certification of first lien on property of Lawrence T. and Wanda L. London dated May 8th, 2000.

7. Copy of Brashear Development Corporation certification of first lien on property of Lawrence T. and Wanda L. London dated May 8th, 2000.

8. Commitment for Title Insurance of Commonwealth Land Title Insurance Company effective May 9th, 2000.

9. Property Owners Information sheet.

10. Policyholders copy of receipt, copy of check of $678.00, and Insurance Binder.

11. Prepared Satisfaction of Mortgage (not executed).

      Signed and dated this 19th day of May, 2000.

                Clarence Maddox,
                Court Administrator/Clerk of Court

                By: _____
                    Deputy Clerk

DATE: MAY 4TH, 2001

Clerk, U.S. District Court

      The return of the above collateral pursuant to Court order is herewith acknowledged. Satisfaction of Mortgage along with the Promissory Note, Deed to Secure Debt and all other items listed above was sent to Herbert M. Cohen, Esq., c/o Deborah L. Croft, 200 SE 6 Street Suite 200 Ft Lauderdale, Fl 3330,1.

                    Deputy Clerk

RETURN TO:
Robert S. Reeves
P.O. Box 1347
Swainsboro, Ga. 30401

GEORGIA, EMANUEL COUNTY
CLERK'S OFFICE, SUPERIOR COURT
I hereby certify that this instrument is filed for
record in the Clerk's office, Superior Court, said
county at 3:30 o'clock _____ 20 _____
& recorded in _____ book _143_ page _609-610_
this date _____ 20 _____
_____ Clerk Superior Court

## DEED TO SECURE DEBT

STATE OF GEORGIA:
County of Emanuel

THIS INDENTURE made this _____ day of _____—in the year of Our Lord Two Thousand
(2000) between LAWRENCE T. LONDON and WANDA L. LONDON of the State of Georgia and
County of Emanuel hereinafter called the "first party," and UNITED STATES OF AMERICA, hereinafter
called the "second party,"

WITNESSETH: That the first party, for and in consideration of the sum of NINETY-THOUSAND
AND NO/100 ($90,000.00) DOLLARS, in hand paid at and before the sealing and delivery of these presents,
the receipt whereof is hereby acknowledged, does by these presents, grant, bargain, sell, convey and confirm unto
the second party, all that tract or parcel of land, lying and being in

TRACT ONE: All that tract, parcel or lot of land, with improvements thereon, lying,
situate and being in the 1208th G.M.District of Emanuel County, Georgia, situate on U.S.
Highway One and containing 3.116 acres, more or less, as shown on a plat prepared by
Walter K. Maupin, Surveyor, dated January 24, 1992, and recorded in the Emanuel County
Clerk's Records in Plat Book 15, Page 287, on February 13, 1992. Reference is hereby made
to said plat for a more complete and accurate description as to the metes, bounds, courses,
distances, dimensions and location of said property.

TRACT TWO: All that tract, parcel or lot of land, with improvements thereon, lying,
situate and being in the 1208th G.M. District of Emanuel County, Georgia, designated as
Parcel 2, containing 53.05 acres, more or less, as shown on a plat prepared by Walter K.
Maupin, Surveyor, dated December 22, 1980, and recorded in the Emanuel County Clerk's
Records in Plat Book 10, Page 627. Reference is hereby made to said plat for a more
complete and accurate description as to the metes, bounds, courses, distances, dimensions
and location of said property.

TRACT THREE: All that tract, parcel or lot of land, with improvements thereon,
lying, situate and being in the 1208th G.M. District of Emanuel County, Georgia, designated
as Parcel 1, containing 28.19 acres, more or less, as shown on a plat prepared by Walter K.
Maupin, Surveyor, dated December 22, 1980, and recorded in the Emanuel County Clerk's
Records in Plat Book 10, Page 627. Reference is hereby made to said plat for a more
complete and accurate description as to the metes, bounds, courses, distance, dimensions and
location of said property.

NOTE: IT IS THE INTENTION OF THE PARTIES TO CREATE A PERPETUAL OR INDEFINITE
SECURITY INTEREST IN THE REAL PROPERTY DESCRIBED HEREIN PURSUANT TO O.C.G.A. §44-14-
80(a)(2) AND TO AGREE THAT TITLE SHALL NOT REVERT TO THE GRANTORS HEREIN FOR A PERIOD
OF 20 YEARS FROM THE DATE OF THIS CONVEYANCE.

TO HAVE AND TO HOLD the said bargained premises, together with all and singular the rights, members
and appurtenances thereunto belonging or in any wise appertaining to every proper use, benefit and behoof of the
second party forever in FEE SIMPLE;

EXHIBIT "C"

And the first party will warrant and forever defend the right and title to the above described property unto the second party against the lawful claims and demands of all persons whomsoever.

THIS INSTRUMENT is intended by the parties hereto and is to be construed as a deed passing title, and is made under the provisions of the official Code of Georgia to secure the payment of a debt, evidenced by certain promissory notes executed this day by the said first party, and payable to the said second party, or order, and being further described as follows:

That certain note dated _5- 8- 2(??)_ in the amount of $90,000.00, and payable upon the demand of the Clerk of the court pursuant to an order of forfeiture from the court.

Together with such other notes as may be given in renewal or extension of any or all of the above described notes, as well as any and all other amounts now due or that may hereafter become due in any manner by the party of the first part to the party of the second part.

The above notes provide for the payment of all costs of collection, including 15 per cent of the principal and interest as attorney's fees.

The first party hereby covenants and agrees with the second party:

To keep the said property insured during the continuance of the loan and to pay the premiums of insurance when due; to pay all taxes on said property when the same fall due and before the levy or advertisement of any tax execution thereon; that if any payment is not promptly paid when the same becomes due (time being hereby expressly made of the essence) or should the first party fail to pay any insurance premium or the taxes as aforesaid, then the entire principal of said debt shall become due and payable at once if the second party shall so elect; that if the above debt or any part thereof, is not promptly paid at maturity, or if said first party shall fail to pay the insurance premiums and taxes as aforesaid then the said second party, or the second party's legal representative or assignee, immediate or remote, may, and by these present is authorized to sell at public outcry, before the courthouse door of the county in which said real estate is situated, in whole or in part, to the highest bidder for cash, all of said property to pay said principal with the interest thereon to the date of sale, and expenses of the proceeding, including 15 per cent attorney's fees, if incurred, on the amount of the principal and interest due, after advertising the time, place and terms of sale in any newspaper published in the county in which the sale of said real estate is to be made as aforesaid, once a week for four weeks prior to said date of sale, and it is hereby stipulated that the foregoing power of sale being coupled with an interest to the purchaser or purchasers of the said property good and sufficient titles in Fee Simple thereto, thereby divesting out of the first party all right and equity that the first party may have in and to said property, and vesting the same in the purchaser or purchasers aforesaid. The proceeds of said sale are to be applied first to the payment of said debt and interest, also all taxes and premiums of insurance that may have been paid on said property by the second party, and the expenses of said proceedings, the remainders, if any, to be paid to the first party. The party exercising this power of sale shall be authorized to proceed summarily to put the purchaser or purchasers in possession, the first party covenanting and agreeing to surrender the same without let or hindrance of any kind. The method of sale hereinbefore provided for shall be cumulative of other remedies allowed by law.

All agreements, covenants, duties, rights and powers herein made, imposed, granted or mentioned, which are binding upon or applicable to either or both of the parties hereto, shall also be binding upon and applicable to the heirs, legal representatives, successors and assigns of such party or parties.

IN WITNESS WHEREOF, The first party has signed, sealed and delivered these presents, the day and year first above written.

Signed, sealed and delivered in the presence of:

_____ (L.S.)
LAWRENCE T. LONDON

_____ (L.S.)
WANDA L. LONDON

_____ (L.S.)

N. P.
SEAL
Notary Public, Glynn County, Georgia
My Commission Expires January 21, 2003.

The debt which this instrument was given to secure having been paid in full, this instrument is hereby canceled and the Clerk of the Superior Court of Emanuel County, Georgia, is hereby authorized and directed to mark it satisfied of record.

This _____ day of _____, 2000.

_____

_____

## PROMISSORY NOTE

GEORGIA, EMANUEL COUNTY

DATE: $5-8-2\pi$

FOR VALUE RECEIVED, We, LAWRENCE T. LONDON and WANDA L. LONDON, do hereby promise to pay to the order of THE UNITED STATES OF AMERICA, the sum of $90,000.00.

It is agreed that time is the essence of this contract, and is given to assure the attendance of Lawrence T. London, as required under the terms of his bond given to the United States of America, and in the event of his failure to appear as required or upon failure of the obligor to comply with the other conditions and covenants contained in said bond or the instrument securing this note, and shall become payable upon the demand of the Clerk of the Court pursuant to an order of forfeiture from the Court.

We waive any homestead or exemption rights against this debt, and constitute the holder of this note, as my attorney in fact in case of bankruptcy, to claim any and all homestead or exemptions as allowed by law, and do hereby transfer and assign to the holder of this note, any and all homestead and exemption rights to which we may be entitled, and we hereby direct any trustee in bankruptcy to transfer to said attorney in fact any homestead or exemption rights, and hereby authorize said attorney in fact to sell said homestead or exemption rights at public or private sale, with or without notice, and apply the proceeds of said sale first toward the payment of this note, and any balance to the party for whose benefit said homestead or exemption rights are set apart.    We further waive demand, protest and notice of demand, protest and

non-payment.

In the event of default in payment of this note, and if the same is collected by an attorney at law, we agree to pay all costs of collection, including 15% of the principal and interest as attorney's fees.

This note may be extended or the mode or manner of payment thereof may be changed upon mutual agreement without affecting the liabilities, or rights of any of the parties hereto.

_____
LAWRENCE T. LONDON

_____
WANDA L. LONDON

May 17, 2000

To : Lee Nihan, Financial Section

From : Jack Ley, Supervisor, Fort Lauderdale

The attached Deed and paperwork are on case 00-6119-Cr-Zloch that we received from the Southern District of Georgia, Savannah. This bond is on defendant Lawrence T.. London.

# Fax

## HERBERT M. COHEN, ESQUIRE

200 SOUTHEAST 6TH STREET, SUITE 200
FT. LAUDERDALE, FLORIDA 33301
Telephone: (954) 766-8820
Fax: (954) 766-7969

To: _Miso Armstrong_
From: _Deborah Croft, CLA_
Date: _5/4/01_
Fax: _(305) 523-5059_
Phone:
Subject: _U.S. v. London - #00-6119-CR-ZLOCH_
Pages: _1_ (Including cover sheet)

Comments: _Re: Release of Cash bond & Deed to Securs. Debt._

_Here is the information you requested:_
_Mr. Cohen's Tax ID# - 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_

_Please, Mail the check for the cash bond disbursement & the Release of the Deed to the above address._
_Thank you very much for your help!_

THIS IS A CONFIDENTIAL LEGAL TRANSMISSION. THE CONTENTS OF THIS FACSIMILE IS INTENDED ONLY FOR THE USE OF
THE INDIVIDUAL OR ENTITY NAMED ABOVE AND IS PRIVILEGED AND CONFIDENTIAL. IT IS STRICTLY PROHIBITED TO
COPY, DISSEMINATE OR DISTRIBUTE THIS COMMUNICATION OTHER THAN TO THE PERSON OR ENTITY NAMED ABOVE. IF
YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY. IF YOU EXPERIENCE DIFFICULTY
IN RECEIVING IT, OR IT IS ILLEGIBLE, PLEASE CALL (954) 766-8820 AND ADVISE US PROMPTLY. THANK YOU.



_Sincerely,_
_Deborah L. Croft_
Deborah L. Croft, CLA
Legal Assistant to Mr. Cohen