UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA

V.

AMENDED
ORDER DISCHARGING BOND

LAWRENCE LONDON

_____

THIS MATTER is before the court upon Motion To Release Appearance Bond (filed February 7, 2001) and the Court having carefully considered said motion, having reviewed the court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the bond posted on behalf of defendant in this case is hereby discharged. The Clerk of Court is hereby ordered to disburse the cash bond of $10,000 to Herbert M. Cohen, Esq., any accrued interest to Lawrence T. London and Wanda L. London and release the Deed To Secure Debt.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this /5 day of May, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
Bertha Mitrani, Esq., AUSA
Herbert Cohen, Esq.
Financial