**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**



**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**CASE NO.:00-6119-CR-ZLOCH**

v.

**LAWRENCE LONDON,**

    **Defendant.**

_____/

### AFFIDAVIT OF HERBERT M. COHEN

COMES NOW the Affiant, HERBERT M. COHEN, and states the following:

1. I was retained as counsel for the Defendant in this cause.

2. According to information provided by the Defendant and confirmed by the Florida Division of Corporations, I hereby affirm that London Enterprises, Inc. was formed as an S corporation by the Defendant, LAWRENCE LONDON, who has a one hundred percent (100%) interest in the business.

3. FURTHER THE AFFIANT SAYETH NAUGHT.

                                            AFFIANT, HERBERT M. COHEN

STATE OF FLORIDA   )
                            )
COUNTY OF BROWARD  )

    BEFORE ME, personally appeared HERBERT M. COHEN, to me well known and known to be the person described in and who executed the foregoing instrument, and

-1-

acknowledged to and before me that HERBERT M. COHEN executed said instrument for the purposes therein expressed.

WITNESS my hand and official seal this _9th_ day of May, 2001.

Notary Public

My Commission Expires:



DEBORAH L. CROFT
MY COMMISSION # DD 003207
EXPIRES: May 6, 2005
Bonded Thru Notary Public Underwriters

-2-