UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　Plaintiff, 　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>-vs- 　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>LAWRENCE LONDON 　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant 　　　　　　 )<br>_____) | Case No. 00-6119-CR-ZLOCH<br><br>NOTICE OF FILING ORIGINAL<br><u>ASSIGNMENT OF BOND PROCEEDS</u> |

Notice is hereby given that attached we are filing the original Assignment of bond proceeds in reference to the bond of $10,000.00 deposited in the court registry. Filed this 14th day of JUNE, 2001.

                                Clarence Maddox
                                Court Administrator • Clerk of Court
                                By: *Tonya Armstrong*
                                    Deputy Clerk





USA VS LAWRENCE LONDON

CASE NO: 00-6119-CR-ZLOCH

## BOND ASSIGNMENT

STATE OF GEORGIA )
                        ) SS:
COUNTY OF _____ )

The undersigned, WANDA L. LONDON, hereby assigns all rights, title, and interest, in the total sum of $10,000.00 (ten thousand dollars) bond currently being held by the United States District Court to Herbert M. Cohen as and for the case of United States of America v. Lawrence London which was heard in the Southern District of Florida.

X _Wanda L. London_ /
Depositor, Wanda L. London

_____
Depositor,

SWORN TO AND SUBSCRIBED before me this 21st day of June, 2001, by WANDA L. LONDON who is personally known to me or produced _drivers license_ as identification and who did (did not) take an oath.

_Beth Jack_
Notary Public

My commission expires:

[Notary Seal: BETH JENKINS, NOTARY PUBLIC, My Comm. Exp. Mar. 27, 2005, EMANUEL COUNTY, GA]

1