IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE-DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL ACTION |
| ) | NO.: 00-6119-CR-ZLOCH |
| LAWRENCE LONDON, ) | |
|     Defendant. ) | |

FILED by _____ D.C.
DKTG
AUG 2 0 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### DEFENDANT'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

COMES NOW, LAWRENCE LONDON, the Defendant, pro se, acting as his own counsel, who moves the Court to enter its order granting leave to proceed In Forma Pauperis in the captioned cause.

In connection therewith, the Defendant attaches his affidavit of poverty, which is incorporated herein by reference as though fully set forth.

Done so this 14th day of August, 2003.

By the Defendant,

LAWRENCE LONDON, pro se

263

## CERTIFICATE OF SERVICE

This shall certify that a true and correct copy of Defendant's Motion for Leave to Proceed In Forma Pauperis has been served upon the following named parties with adequate postage this _____ day of August, 2003:

William Keefer, United States Attorney

United States Attorney's Office

299 E. Broward Blvd.

Fort Lauderdale, Florida  33301

Gayle Fuller, Managing Attorney

Office of the Regional Counsel

United States Dept. of Transportation

Federal Aviation Administration

P.O. Box 20636

Atlanta, Georgia  30320

I, LAWRENCE LONDON, hereby affirm under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

LAWRENCE LONDON, pro se



| | | |
|---|---|---|
| U.S. Department of Transportation | Southern Region Office of the Regional Counsel | P.O. Box 20636 Atlanta, Georgia 30320 |
| **Federal Aviation Administration** | | (404) 305-5200 (404) 305-5223 FAX |

CERTIFIED - RETURN RECEIPT REQUESTED                    2001SO780150

Lawrence London
C-2 1389-021
Federal Correctional Institute
2600 Hwy, 301 South
Jesup, GA 31599

## ORDER OF REVOCATION

On April 17, 2002, you were advised by mail through a Notice of Proposed Certificate Action of the reasons why we proposed to revoke your Airline Transport Pilot certificate and your Flight Instructor certificate.

After a consideration of all the evidence presently a part of this proceeding the Administrator has determined that safety in air commerce or air transportation and the public interest require the revocation of your Airline Transport Pilot certificate for the following reasons:

    1.    At all times material herein you were and are now the holder of Airline Transport Pilot Certificate No. 236786480 and Flight Instructor Certificate No. 236786480.

    2.    On or about January 26, 2001, you were convicted in the United States District Court, Southern District of Florida, of Conspiracy to Import Marijuana in violation of Title 21 U.S. Code, Section 963 and you were sentenced to 60 months in prison as a result of that conviction.

    3.    The facts leading to the conviction referenced in paragraph 2 included your operation of an aircraft, and the use of an aircraft facilitated the commission of the offense.

    4.    The crime for which you were convicted was punishable by imprisonment for a term exceeding one year.

    5.    Pursuant to Section 61.15(a) of the Federal Aviation Regulations, a conviction for the violation of any Federal or state statute relating to the growing, processing, manufacture, sale, disposition, possession, transportation, or importation of narcotic drugs, marijuana, or depressant or stimulant drugs or substances is grounds for the suspension or revocation of any airman certificate issued under Part 61.

6. As a result of the foregoing you have demonstrated that you lack the qualifications to be the holder of any airman certificate.

7. As a result of the foregoing, 49 U.S.C. Section 44710 prescribes that the Administrator shall issue an order revoking your airman certificates since you were convicted of a crime punishable by imprisonment for a term exceeding one year under a Federal or State law relating to a controlled substance, and the Administrator has determined that an aircraft was used to commit said offense or to facilitate the commission of said offense, and you served as an airman or were on board such aircraft, in connection with committing or facilitating the commission of the offense.

NOW, THEREFORE, IT IS ORDERED, pursuant to 49 U.S.C. Section 44709 that any and all Airline Transport Pilot certificates held by you including Airline Transport Pilot Certificate No. 236786480 and your Flight Instructor Certificate No. 236786480, be and hereby are revoked effective August 8, 2003, and it is further ORDERED that you surrender your certificate(s) on or before that date to this office. You may appeal this Order in accordance with the paragraph below.

EDDIE L. THOMAS
REGIONAL COUNSEL

BY: _____
GAYLE FULLER
Managing Attorney
Office of the Regional Counsel

## APPEAL

You may appeal from this Order by filing an original and three copies of a Notice of Appeal with the Office of Judges, National Transportation Safety Board, Room 4704, 490 L'Enfant Plaza East, SW, Washington, D.C. 20594, 1-800-854-8758. An appeal must be filed within twenty (20) days from the time of service of this Order. Part 821 of the Board's Rules of Practice (49 CFR Part 821) applies to such an appeal. A letter is considered served as of the date of the postmark. Such an appeal stays the effectiveness of this Order. If you appeal, please send a copy to us.