IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE-DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL ACTION |
| ) | NO.: 00-619-CR-ZLOCH |
| ) | 6119 |
| LAWRENCE LONDON, ) | |
| Defendant. ) | |

**DEFENDANT'S AFFIDAVIT OF POVERTY IN SUPPORT OF
DEFENDANT'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

COMES NOW, LAWRENCE LONDON, the Defendant, pro se, acting as his own counsel, and states under his oath, and under the pains and penalties of perjury pursuant to Title 28, United States Code, Section 1746, the following:

1. Defendant is a federal prisoner, incarcerated at the Jesup Federal Correctional Institution, located in Jesup, Georgia.

2. Filed contemporaneously to Defendant's Motion for Leave to Proceed In Forma Pauperis, Defendant has made application for the Production of Transcripts pertinent to his Fed.R.Crim.P.11 change of plea hearing.

3. Defendant requires transcripts of his change of plea for the purpose of effectively pursuing an administrative appeal with the National Transportation Safety Board.

4.  Incidental to Defendant's federal confinement, he is required to work on a prison work-detail earning a gratuity of $40.00 per month. [See Defendant's Six-Month Prison Account Balance, attached hereto].

5.  Defendant receives no other source of income, and therefore is unable to provide for the costs associated with production of the aforesaid Rule 11 colloquy transcripts.

6.  Defendant is filing his Motion to Proceed In Forma Pauperis, and in connection therewith he attaches this Affidavit of Poverty so that the Court will waive his costs pursuant to the Criminal Justice Act, 18 U.S.C. § 3006.

Done so this 14th day of August, 2003.

*[signature]*
LAWRENCE LONDON, pro se
Jesup FCI
2680 Highway 301 South
Jesup, Georgia  31599

## CERTIFICATE OF SERVICE

This shall certify that a true and correct copy of Defendant's Affidavit of Poverty has been duly served upon the following named parties with postage prepaid, this _14th_ day of August, 2003:

William Keffer, United States Attorney
United States Attorney's Office
299 E. Broward Blvd.
Fort Lauderdale, Florida  33301

Gayle Fuller, Managing Attorney
Office of the Regional Counsel
United States Dept. of Transportation
Federal Aviation Administration
P.O. Box 20636
Atlanta, Georgia  30320

I, LAWRENCE LONDON, hereby affirm under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

*Lawrence London*
LAWRENCE LONDON, pro se