UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

V.

                        ORDER

LAWRENCE T. LONDON,

    Defendant.

_____

FILED by _____ D.C.

... 1 2003

CLERK U.S. DIST. CT.
S.D. Of FLA. FT. LAUD.

THIS MATTER is before the Court upon Defendant's Motion for Production of Rule 11 Transcripts Pursuant to and in Accordance with 18 U.S.C. § 3006A (DE 262) and Defendant's Motion for Leave to Proceed in Forma Pauperis (DE 263). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned Motions are hereby DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this _____ day of September, 2003

WILLIAM J. ZLOCH
Chief United States District Judge

cc:  U.S. Attorney's Office

    Lawrence London
    C-2 1389-021
    Federal Correctional Institute
    2600 Highway, 301 South
    Jesup, Ga.  31599